UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MENDOZA, | No. C 09-1336 MHP |
| Petitioner, | |
| v. | **JUDGMENT** |
| LOUIS WYNN, | |
| Respondent.                                         / | |

    This petition having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed dismissing the petition,

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

IT IS SO ORDERED.

Dated: June 4, 2010

                                               MARILYN HALL PATEL
                                               United States District Court Judge
                                               Northern District of California